Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−21440−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Grettel B Ramirez
   405 Grand Avenue
   Englewood, NJ 07631

Social Security No.:
   xxx−xx−4059

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/28/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 29, 2017
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-21440-SLM
Grettel B Ramirez                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Aug 29, 2017
                              Form ID: 148             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2017.
db             +Grettel B Ramirez,    405 Grand Avenue,    Englewood, NJ 07631-4104
516864355      +Baptist Hospital of Miami Inc,    Attn: Patient Financial Services,    8900 North Kendall Drive,
                 Miami, FL 33176-2197
516864358      +Clear Spring Loan Servicing,    18451 N Dallas Parkway,    Suite 100,    Dallas, TX 75287-5209
516864360       Green Tree Servicing LLC,    345 St Peter Street,    1100 Landmark Towers,    Saint Paul, MN 55102
516864362       L and M Mansion Corp,    6535 Collins Avenue Unit 1606,    Miami Beach, FL 33141
516864363      +Michael Borell Esq,    Law Office of Michael Borell PA,    15321 S Dixie Highway Ste 201,
                 Miami, FL 33157-1814
516864364      +Michael Labruzzo,    25 Etna Lane,    Huntington Station, NY 11746-5711
516864365     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan Motor Acceptance,    8900 Freeport Parkway,
                 Irving, TX 75063)
516903251       NY State Dept. of,    Taxation and Finance,    PO Box 5300,    Albany, NY 12205-0300
516864368      +NYS Department of Taxation and Finance,    110 State Street,    2nd Floor,
                 Albany, NY 12207-2027
516864367       NYS Department of Taxation and Finance,    Division of Treasury,    PO Box 22119,
                 Albany, NY 12201-2119
516873465       Nissan,    POB 660366,    Dallas, TX 75266-0366
516864366      +Nissan Motor Acceptance,    PO Box 660360,    Dallas, TX 75266-0360
516864371       Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
516864372      +Stern Lavinthal and Frankenberg LLC,    Attn: Donna M Miller Esq.,    105 Eisenhower Parkway,
                 Suite 302,    Roseland, NJ 07068-1640
516864373      +The Bank of New York Mellon,    135 S LaSalle Street,    Suite 1825,    Chicago, IL 60603-4177
516864374       The Dove Condominium Association Inc,    7928 Harding Avenue,    Unit 8,    Miami, FL 33186

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2017 00:55:58     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2017 00:55:54     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: BANKAMER.COM Aug 30 2017 00:33:00      The Bank of New York Mellon FKA The Bank of New Yo,
                 7105 Corporate Drive,    Plano, TX 75024-4100
516864353      +EDI: BANKAMER.COM Aug 30 2017 00:33:00      Bank of America,    450 American Street,
                 Simi Valley, CA 93065-6285
516864354      +EDI: BANKAMER.COM Aug 30 2017 00:33:00      Bank of New York Mellon,    2380 Performance Drive,
                 Richardson, TX 75082-4333
516864356       EDI: CAPITALONE.COM Aug 30 2017 00:33:00     Capital One,    Attn: Customer Service,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
516864357      +EDI: CAPITALONE.COM Aug 30 2017 00:33:00     Capital One Bank USA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
516864361       EDI: IRS.COM Aug 30 2017 00:33:00     Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
516864369      +Fax: 407-737-5634 Aug 30 2017 01:13:55      Ocwen Loan Servicing LLC,    1661 Worthington Road,
                 Suite 100,    West Palm Beach, FL 33409-6493
516864370      +E-mail/Text: bkdepartment@rtresolutions.com Aug 30 2017 00:56:07     Real Time Resolutions Inc,
                 1349 Empire Central Drive,    Duite 150,    Dallas, TX 75247-4029
517020686       E-mail/Text: bkdepartment@rtresolutions.com Aug 30 2017 00:56:07
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
                                                                                             TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517020687*      Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
517020698*      Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
516864359     ##+Dyck Oneal Inc,    15301 Spectrum Drive,    Addison, TX 75001-6436
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 29, 2017
                              Form ID: 148             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               As trustee for the certificateholders of CWABS Inc., Asset-backed certificates, Series 2007-12
                dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Paul E. Rusen    on behalf of Debtor Grettel B Ramirez ctrbankruptcy@hotmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```